**Motion Granted; Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00170-CV

_____

### BELINDA DAWN TIDWELL, Appellant

### V.

### JOHN ROBERSON AND GRIMES AND FERTITTA, P. C., Appellees

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 13-03-21887**

## ORDER

This is an appeal from a turnover order signed December 7, 2015. On June 1, 2016, appellant filed a motion in this court requesting a stay of the enforcement of the judgment pending review of the trial court's order denying appellant's motion to stay judgment pending appeal or motion for approval of a supersedeas bond. Texas Rule of Appellate Procedure 24.4(c) provides that in a review from the trial court's supersedeas determination, an appellate court may "issue any temporary orders necessary to preserve the parties' rights." Tex. R. App. P. 24.4(c).

Appellant requests that we stay enforcement of the judgment until this court can review the trial court's decision on the motion for stay or approval of a supersedeas bond.

It appears from the facts stated in the motion that appellant's rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We therefore ORDER that enforcement of the trial court's judgment is stayed in trial court cause number 13-03-21887, styled *John Roberson and Grimes and Fertitta, P.C. v. Belinda Dawn Tidwell and Jennifer D. McCallum.* Enforcement of the judgment is stayed until further orders of this court.

Appellees are requested to file a response to appellant's motion on or before **June 17, 2016.**

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.